# ABRAMS FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law

3 Dakota Drive, Suite 300
Lake Success, New York 11042
Telephone: (516) 328-2300
Fax: (516) 328-6638
www.abramslaw.com

**Amy B. Marion, Esq.**
**Partner**
amarion@abramslaw.com

June 17, 2021

*Via ECF*
Magistrate Peggy Kuo
United States District Court Magistrate
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Jamell O'Neal, et al. v. Unites States of America, et al.*
         19-CV-05039 (MKB)(SMG)

Your Honor:

  We represent plaintiffs in the above referenced action and write this letter to request a premotion conference and in the interim to request a stay of the June 18, 2021 deadline to submit the joint discovery plan. I apologize for this request not being submitted 48 hours in advance of the deadline, I had been engaged in a trial and then was immediately engaged in daily depositions until late yesterday. However, my partner did confer with the government who does not oppose a request for an extension of the deadline to submit the joint discovery plan and who indicated that a conference may be helpful in that regard.

  The request for a premotion conference is based upon plaintiffs' request to file a motion to stay this action *sine die* pending resolution of the related class action, *Scott, et al. v. United States of America, et al.*, 19-cv-1075, of which these plaintiffs are class members.

  It is anticipated that such a conference may alleviate the need for motion practice.

Respectfully,

Amy Marion

cc: *Via ECF*
Shana C. Priore